UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMOND HARRIS, | Case No.  15-cv-03972-KAW (PR) |
| Petitioner, | |
| v. | ORDER DISMISSING SUCCESSIVE PETITION; DENYING CERTIFICATE OF APPEALABILITY |
| JEFF MACOMBER, Warden, | |
| Respondent. | (Dkt. No. 8) |

Petitioner David D. Harris filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction in Alameda County Superior Court in 1999. Petitioner has consented to the jurisdiction of the undersigned United States Magistrate Judge over this action.  Petitioner's motion for leave to proceed *in forma pauperis* is granted.  Dkt. No. 8.

This is not Harris' first challenge to his 1999 conviction.  He also challenged it in an action filed in 2007.  *See Harris v. Yates*, No. C 07-808 MHP (dismissed on January 3, 2008 as untimely).  Harris did not appeal from the order of dismissal.  However in 2009, he filed another federal habeas petition challenging the same 1999 conviction.  *See Harris v. People of the State of California*, No. C 09-2362 MHP (dismissed on July 2, 2009 as a successive petition).  Harris did not appeal from the order of dismissal.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).

Harris has not obtained the necessary order from the Ninth Circuit permitting him to file a second or successive petition.  This Court will not entertain a new petition from Harris until he first obtains permission from the Ninth Circuit to file such a petition.  This action is DISMISSED without prejudice to Harris filing a petition in this Court after he obtains the necessary order from

United States District Court
Northern District of California

the Ninth Circuit.

Further, the Court does not issue a certificate of appealability because jurists of reason would not find debatable whether the procedural ruling was correct. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner is advised that he may not appeal the denial of a certificate of appealability in this Court; rather, he may seek a certificate from the court of appeals.

The clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: 10/30/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California